AO 442 (Rev. 5/93) Warrant for Arrest

## United States District Court
### Northern District of California

FILED
JUL 20 2009
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

WARRANT FOR ARREST

FRANK EVAN POWERSMONACHELLO
aka: Frank Monachello, Frank Evan Powers, Steven Justin Powers

Case Number: CR 09-0689 JSW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Frank Evan Powersmonachello, aka: Frank Monachello, Frank Evan Powers, Steven Justin Powers

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment  ( ) Information  ( ) Complaint
( ) Order of Court  ( ) Violation Notice  ( ) Probation Violation Petition

charging him or her with    Conspiracy to Distribute 500 Grams or More of Cocaine Salt
Distribution of 500 Grams or More of Cocaine Salt

in violation of Title __21__ United States Code, Section(s) __846, 841(a)(1) and (b)(1)(B)(ii)__

Deputy Clerk
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

July 8, 2009, San Francisco, CA
Date and Location

Bail fixed at $ No Bail    by    Magistrate Judge Edward M. Chen
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at MARIN COUNTY by FBI

**EXECUTED**

| | | |
|---|---|---|
| Date received 07/08/2009 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest 07/14/2009 | Douglas R.W. Cook, FBI SA | By Christian Hanson, SDUSM |

174623
0911-0715-1726-J