UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: September 10, 2009

Case No. CR-09-689 JSW        Judge: Jeffrey S. White

United States of America   v.   Vincent Michael Recendez (1)
Present (X) Not Present ( ) In-Custody (X)
with counsel: Camellia Baray (CJA)

Frank Evan Powersmonachello (3)
Present (X) Not Present ( ) In-Custody (X)
with counsel: John Runfola (CJA)

U. S. Attorney: Cynthia Frey

Deputy Clerk: Jennifer Ottolini        Court Reporter: Catherine Edwards

## PROCEEDINGS

**REASON FOR HEARING:** Trial Setting

**RESULT OF HEARING:**

Defendant Vincent Recendez is continued to 9-24-09 at 2:30 p.m. for Change of Plea

Defendant Frank Powers-Monachello is continued to 10-8-09 at 2:30 p.m. for Further Status / Possible Change of Plea

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**